**No. 49047.**—Protest 937967–G of The One, Ltd. (New York).

Opinion by TILSON, J.  The record showed that certain of the items in question consist of hats similar in all material respects to those involved in Abstract 47291,

the record in which case was admitted in evidence herein. In accordance therewith the protest was sustained to this extent.